UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL AMEZCUA-RODRIGUEZ,<br><br>Defendant. | No. 2:17-CR-00101-WFN-12<br><br>ORDER GRANTING UNITED STATES' MOTION TO MODIFY CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 286)** |

Before this Court is Defendant's Motion to Modify Conditions of Release to Permit Work-Related Travel. ECF No. 286. Specifically, Defendant asks the Court to modify Special Condition of Release No. 14, which requires he remain in the Eastern District of Washington pending trial.

Defendant recites in his motion his business as an upholsterer requires him to travel to Coeur d'Alene, Idaho to pick up and drop off items for a local business. Specifically, the Defendant recites that he needs to be permitted this travel between the dates of July 12, 2017 and July 19, 2017 and that this travel will be limited to two trips only, there and back again, to pick up and drop off the items. ECF No. 286 at 1.

Defendant represents that neither the U.S. Attorney's Office nor the U.S. Probation Office object to the modification. ECF No. 286 at 1.

ORDER - 1

Therefore, **IT IS HEREBY ORDERED**, that Defendant's Motion, **ECF No. 286**, is **GRANTED**. Defendant's conditions of pretrial release are modified to permit travel to Coeur d'Alene, Idaho, between the dates of July 12, 2017 and July 19, 2017, for the purpose of picking up and dropping off upholstery items from Azteca Restaurant located at 2462 N Old Mill Loop, on the express condition that prior to departing this District, Defendant shall notify Pretrial Services on his departure for both visits and shall provide a telephone number where he may be contacted at any time.

All previously ordered conditions not inconsistent herewith to remain in full force and effect.

**IT IS SO ORDERED**.

DATED July 11, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2