FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 08, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL AMEZCUA-RODRIGUEZ,<br><br>Defendant. | No. 2:17-CR-00101-WFN-12<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 636)** |

  Before this Court is Defendant's Motion to Modify Conditions of Release to Permit Work-Related Travel. ECF No. 636. Specifically, Defendant asks the Court to modify Special Condition of Release No. 14, which requires he remain in the Eastern District of Washington pending trial.

  Defendant recites in his motion that his business as an upholsterer requires him to travel to Coeur d'Alene, Idaho to pick up and drop off items for a local business. Specifically, the Defendant recites that he needs to be permitted this travel between the dates of January 9, 2018 to January 11, 2018, and that this travel will be limited to two trips only, there and back again, each for a half-day, to pick up and drop off the items. ECF No. 636 at 1.

  Defendant represents that the United States' does not object to the specified trips. ECF No. 636 at 1. The United States has not opined on a broader modification, permitting travel to north Idaho as necessary. At the time of Defendant's motion, Defendant was unable to contact U.S. Probation to inquire as to their position. ECF No. 636 at 1. Since that time, U.S. Probation Officer Erik Carlson has informed the Court that he has no objection to the modification.

ORDER - 1

Therefore, **IT IS HEREBY ORDERED**, that Defendant's Motion, **ECF No. 636**, is **GRANTED**. Further, Defendant's Conditions of Pretrial Release, ECF No. 256, specifically Special Release Condition No. 14, are modified to permit travel to north Idaho from time-to-time when necessary for his upholstery business, on the express condition that prior to any travel out of this District, Defendant shall notify Pretrial Services on his departure and provide a telephone number where he may be contacted at any time.

All previously ordered conditions not inconsistent herewith to remain in full force and effect.

**IT IS SO ORDERED**.

DATED January 8, 2018.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2