UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>    -vs-<br><br>ANGEL AMEZCUA RODRIGUEZ,<br><br>                    Defendant. | No.    2:17-CR-0101-WFN-12<br><br>ORDER GRANTING MOTION TO<br>EXTEND DATE FOR SELF REPORT<br><br>**UNITED STATES MARSHAL<br>ACTION REQUIRED** |

Pending before the Court is Defendant's Motion to Extend Date for Self-Report. ECF No. 791. Defendant asks that his report date be extended, but does not specify a new report date. Defendant indicates that the Government objects to his request. United States Probation Officer Carlson reports that Defendant has maintained compliance while on pretrial release. Sentencing is scheduled for June 6, 2018. The Court extends his report date until the date of sentencing. The Court has reviewed the file and Motions and is fully informed. Accordingly,

     **IT IS ORDERED** that:

     1. Defendant's Motion to Extend Date for Self-Report, filed April 12, 2018, **ECF No. 791**, is **GRANTED**.

     2. Defendant shall self-report on **June 6, 2018**.

     3. Defendant's Motion to Expedite, filed April 12, 2018, **ECF No. 792**, is **GRANTED**. The underlying Motion was considered on an expedited basis.

     The District Court Executive is directed to file this Order and provide copies to counsel, United States Probation Officer Eric Carlson, **AND TO** the United States Marshals Service--**Action Required**.

     **DATED** this 12th day of April, 2018.

                          s/ Wm. Fremming Nielsen
                           WM. FREMMING NIELSEN
             SENIOR UNITED STATES DISTRICT JUDGE

04-12-18

ORDER